

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00137-CV

Erica Renee **RENDON**,
Appellant

v.

**CHAVEZ REAL ESTATE HOLDINGS LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV00613
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                 Luz Elena D. Chapa, Justice
                 Lori I. Valenzuela, Justice

Delivered and Filed: July 17, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by April 4, 2024. On May 1, 2024, this court sent a letter notifying appellant that no brief had been filed and requesting a response by May 11, 2024. No brief or response was filed. On June 3, 2024, we ordered appellant to file, no later than June 13, 2024, her brief and a written response reasonably explaining: (1) her failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if she failed to timely file a brief and the written response by June 13, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see*

*also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order). Appellant did not file a timely response to our June 3rd order. We dismiss this appeal for want of prosecution.

PER CURIAM